**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

WALLACE TREMAYNE ROBINSON, SR.
ADC #169328                                                                                   PLAINTIFF

v.                                          2:24-cv-00074-LPR-JJV

MOSES JACKSON, Warden,
Arkansas Division of Correction; *et al.*                                    DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United

States District Judge Lee P. Rudofsky.  Any party may serve and file written objections to this

Recommendation.  Objections should be specific and include the factual or legal basis for the

objection.  If the objection is to a factual finding, specifically identify that finding and the evidence

that supports your objection.  Your objections must be received in the office of the United States

District Court Clerk no later than fourteen (14) days from the date of this Recommendation.

Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

## I.    DISCUSSION

Wallace Tremayne Robinson, Sr. ("Plaintiff") has filed this *pro se* action seeking relief

pursuant to 42 U.S.C. § 1983.  (Doc. 2.)  On April 22, 2024, I entered an Order directing him to

either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*.  (Doc. 4.)

And I cautioned Plaintiff I would recommend this case be dismissed without prejudice if he did

not do so within thirty days.  (*Id.*)   On May 7, 2024, the Clerk sent another copy of my Order to

Plaintiff at his new mailing address.  (Doc. 5.)  Nevertheless, Plaintiff has not complied with my

instructions.  And, even giving Plaintiff the benefit of restarting the thirty-day deadline on May 7,

2024, the time to comply with my Order has passed.  Accordingly, I recommend this case be

1

dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.     The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2.     The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 11th day of June 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

2